IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN S. DILLON, Defendant. | PO-24-5006-KLD VIOLATION: F9393003 Location Code: M5 ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that all court proceedings are **VACATED**.

DATED this __4th__ day of October, 2024

_____
KATHLEEN L. DESOTO
United States Magistrate Judge